# United States District Court
# Western District of North Carolina
# Charlotte Division

| Michael Joseph Melicia, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff(s), | ) | 3:20-mc-00062-MOC-DSC |
| vs. | ) | |
| Nancy Ann O'Shea, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 15, 2020 Order.

May 15, 2020

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court